# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**18CV6978**

Robert Lee JR Murray et.al

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

N.Y.P.D     Dept of parole
John Doe #1    John Doe #2
John Doe #3    John Doe #4
po M prophete #5

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

RECEIVED
SDNY DOCKET UNIT
2018 AUG -2 AM 9:38

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Robert / Lee JR / Murray
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

895-18-00769

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

AMKC
Current Place of Detention

18-18 HazEN St East Elmhurst N.Y. 11370
Institutional Address

East Elmhurst / NY / 11370
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: Parole vilation

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: John                    Doe
First Name           Last Name              Shield #

NYPd
Current Job Title (or other identifying information)

Don't Know
Current Work Address

County, City              State              Zip Code

Defendant 2: John                    Doe
First Name           Last Name              Shield #

NYPd
Current Job Title (or other identifying information)

Current Work Address

County, City              State              Zip Code

Defendant 3: John                    Doe
First Name           Last Name              Shield #

NYPd
Current Job Title (or other identifying information)

Current Work Address

County, City              State              Zip Code

Defendant 4: John                    Doe
First Name           Last Name              Shield #

NYPd
Current Job Title (or other identifying information)

Current Work Address

County, City              State              Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: in back of undercover's van

Date(s) of occurrence: 7-24-18

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Officers picked plaintiff up for violation of parole officers said that I would be riding around to pick up other people And I told them that we are 4 blocks away from parole And I would like to be taken to parole And officers became Extremly violent by choking me, hitting me in the face which caused great pain they punched me all about my body one officer of 300 lb's dived on my abdomen And left which caused my legs such pain I could not move them And my lower back recieved injuries as well, ~~I fail to know the officers identity but~~ my parole officer name p.o. m prophete told me that she would give me the officers name's that assaulted me but failed to do so And I would like the court to order p.o prophete to give me the name of the officers that Arrested me on 7/24/18

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I went to bellevue hospital and they falsified documents & information to cover up the officer's wrongdoings. Now I'm receiving treatment for my legs and back injury, as the result of the NYPD officer's that arrested me.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

1 million Dollars In Compensation from each Defendant. 1 million Dollars in punitive ~~Dollars~~ Damages And I would Like to press charges on Each officer for Assault

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 7/27/18

Plaintiff's Signature: Robt Murray

First Name: Robert
Middle Initial: Lee JR
Last Name: Murray

Prison Address: 18-18 Hazen St East Elmhurst NY 11370
County, City / State / Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 7-27-18

- Murray 895-18-00769
- Hazen St
Elmhurst N.Y. 11370

NEW YORK NY 100
30 JUL 2018 PM 7 L

USA FOREVER
USA FOREVER

Pro Se
SM

United states District Court
Southern District of New York
500 Pearl street
New York, NY, 10007

10007-133099

SDNY DOCKET UNIT
2018 AUG -2 AM 9:37
SDNY
P3

...a| Mail