**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERT LEE MURRAY, JR.,

                      Plaintiff,                18 **CIVIL** 6978 (AT)

      -against-                      **JUDGMENT**

THE CITY OF NEW YORK, JOHN AMBROSINO,
MICHAEL FRATANGELO, CHRISTOPHER
HEREDIA, and DANIEL SILVERIO,

                      Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated July 9, 2020, Defendants' motion for summary judgment is granted to the extent that Plaintiff's excessive force claim under § 1983 is dismissed with prejudice and Plaintiff's state law claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
          July 10, 2020

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                            **Clerk of Court**
                           **BY:**
                                                              **Deputy Clerk**